# EXHIBIT L

**adMarketplace Summary of Legal Invoices (continued)**

| Month-Yr | Legal Fees | Costs | Disbursements | Costs/Disbursements Description |
|---|---|---|---|---|
| March 28, 2014 through April 2, 2014 | $ 18,991.38 | | | |
| Minus 5% Adjustment | $ 949.57 | | | |
| Total of this invoice | $ 18,041.81 | | | |
| | | | | |
| Total of invoices previously submitted | $ 108,322.12 | $ 402.80 | $ 2,857.59 | |
| Current Invoice | $ 18,041.81 | | | |
| Total | $ 126,363.93 | $ 402.80 | $ 2,857.59 | |
| | | | | |
| Total of Fees, Costs and Disbursements = $129,624.32 | | | | |



2 pages redacted