# EXHIBIT M

| Month-Yr | Legal Fees | Costs | Disbursements | Costs/Disbursements Description |
|---|---|---|---|---|
| | **adMarketplace Summary of Legal Invoices for TeeSupport Matter** | | | |
| Jan-13 | $ 3,534.00 | | | |
| Feb-13 | $ 7,438.00 | | | |
| Mar-13 | $ 3,435.50 | | | |
| Apr-13 | $ 5,791.00 | | $ 1,989.76 | Treadstone invoice for investigative services and expenses relating to TeeSupport |
| May-13 | $ 5,977.50 | | | |
| Jun-13 | $ 29.00 | | | |
| Aug-13 | $ 4,745.00 | $ 24.00 | | United Lawyers Service Inc--fee for filing complaint |
| Sep-13 | $ *10,418.50 | | $ 50.00 | Registered mail to serve subpoena on Enom Inc ($25 x 2) |
| Oct-13 | $ 12,334.50 | | | |
| Nov-13 | $ 25,253.50 | | $ 920.00 | Veritext (process server) fee for attempted service of subpoena on RevenueWire at registered office ($210). Veritext reimburse witness fee for RevenueWire deposition ($50). Veritext fee for service of subpoena on RevenueWire via WA Secretary of State ($290). Veritext fee for service of subpoena on Google ($110). Ordered article for research "Extraterritorial Reach of Rule 45 Subpoena" ($40). Lexis Nexis research fees ($220). |
| Dec-13 | $ 19,280.50 | | | |
| Jan-14 | $ 4,822.00 | | $ 23.22 | Research and obtain court documents via PACER ($21.90). Mailing fee to send Affidavit of Service to Court ($1.32). |
| Feb-14 | $ 1,447.50 | $ 400.00 | | Filing fee for complaint (accidentally not billed in August 2013). |
| Mar-14 (only through March 27, 2014) | $ *8,939.78 | | $ 25.00 | Library pass at NYC City Bar to access Lexis. |
| March 28, 2014 through April 2, 2014 | $ *18,952.50 | | | |
| | | | | |
| Sub-total | $ 132,398.78 | $ 424.00 | $ 3,007.98 | |
| Minus 5% Adjustment | $ (6,619.94) | $ (21.20) | $ (150.39) | |
| Total | $ 125,778.84 | $ 402.80 | $ 2,857.59 | |

**Total of Fees, Costs and Disbursements = $129,039.23**

*Revised entries to correct errors in prior submissions.

69 pages redacted